# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Pedro Garcia Gonzalez,<br>a.k.a.: Pedro Garcia-Gonzalez,<br>a.k.a.: Pedro G Gonzalez,<br>(A 087 531 039)<br>*Defendant* | Case No. 15-6242mj |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of April 17, 2015, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Pedro Garcia Gonzalez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on July 6, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a), and enhanced by (b)(1).

I further state that I am an Immigration Enforcement Agent.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: James B. Morse Jr., AUSA for AUSA Brandon M. Brown

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Casie Sartor,
Immigration Enforcement Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 4, 2015

_____
*Judge's signature*

City and state: Phoenix, Arizona

John A. Buttrick,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Casie Sartor, being duly sworn, hereby depose and state as follows:

1. Your affiant is an Immigration Enforcement Agent with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On April 17, 2015, Pedro Garcia Gonzalez was booked into the Maricopa County Jail (MCJ) intake facility by the Arizona Department of Public Safety for local charges. While incarcerated at MCJ, Garcia Gonzalez was examined by ICE Agent J. Aguirre who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On June 2, 2015, Garcia Gonzalez was released from the MCJ and then transported to ICE custody for further investigation and processing. Garcia Gonzalez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Pedro Garcia Gonzalez to be a citizen of Mexico and a previously deported criminal alien. Garcia Gonzalez was removed from the United States to Mexico through Nogales, Arizona, on July 6, 2009, pursuant to an

1

order of removal issued by an immigration judge. There is no record of Garcia Gonzalez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Garcia Gonzalez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Pedro Garcia Gonzalez was convicted of Misconduct Involving Weapons, a felony offense, on June 25, 2009, in the Superior Court of Arizona, Maricopa County. Garcia Gonzalez was sentenced to two (2) years' probation. Garcia Gonzalez's criminal history was matched to him by electronic fingerprint comparison.

5. On June 2, 2015, Pedro Garcia Gonzalez was advised of his constitutional rights. Garcia Gonzalez freely agreed to provide a statement under oath. Garcia Gonzalez stated that his true and complete name is Pedro Garcia Gonzalez and that he is a citizen of Mexico. Garcia Gonzalez stated that he illegally entered the United States on or about May 10, 2010, at or near Sonoita, without inspection by an immigration officer. Garcia Gonzalez further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about April 17, 2015, Pedro Garcia Gonzalez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at Nogales, Arizona, on July 6, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a), and enhanced by (b)(1).

_____
Casie Sartor,
Immigration Enforcement Agent,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 4th day of June, 2015.

_____
John A. Buttrick,
United States Magistrate Judge

3